IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TODD KURTZHALS,

                Plaintiff,

v.                                         Case No. 18-cv-247-jdp

COUNTY OF DUNN,

                Defendant.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant County of Dunn against plaintiff Todd Kurtzhals dismissing this case.

        _s/ A. Wiseman, Deputy Clerk_                _9/26/2019_
        Peter Oppeneer, Clerk of Court                Date