UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Todd Kurtzhals,

                Plaintiff,        NOTICE OF APPEAL

v.

County of Dunn,                    Case No. 18-cv-247

                Defendant.

      Notice is hereby given that Todd Kurtzhals, Plaintiff, in the above-named matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order, and Judgment, entered on September 26, 2019, in favor of Defendant, County of Dunn, and against Todd Kurtzhals, granting Defendant's Motion for Summary Judgment and dismissal.

Dated: 10/25/19

                                    BAKKE NORMAN, S.C.

                                      By: _____
                                      Peter M. Reinhardt
                                      Attorney No. 1025187
                                      2919 Schneider Avenue SE, P.O. Box 280
                                      Menomonie, WI 54751-0280
                                      (715) 235-9016
                                      preinhardt@bakkenorman.com

                                      Attorneys for Todd Kurtzhals